IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02862-RTG

WUILIAN PATRICIO VILLA MACAO,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility,

Respondent.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

This matter is before the Court on the amended application for habeas corpus relief under 28 U.S.C. § 2241 signed and filed by counsel, Charles MacKenzie, on behalf of Petitioner Wuilian Patricio Villa Macao. *See* ECF Nos. 4, 4-1, 4-3, and 4-5. As stated in the advisory notice issued by the Clerk's Office, Mr. MacKenzie "does not appear on the Attorney Roll of this Court because Counsel has not been admitted to practice in the District of Colorado; therefore, the purported entry of appearance by counsel cannot be recognized." (ECF No. 5). On or before **August 25, 2026**, Mr. MacKenzie must either (1) file a Notice of Entry of Appearance in this case (which requires his admission to practice in the District of Colorado), or (2) advise the Court, in writing and filed in this case, that Petitioner Wuilian Patricio Villa Macao is proceeding *pro se* in this matter. The Clerk of Court is directed to email Mr. MacKenzie a copy of this minute order to the following email address: contact@freedomwaylegal.com.

DATED: August 20, 2026

---